# Cohen & Slamowitz, LLP

(800) 293-6006 ext. 8988
(516) 686-8988
Fax (516) 584-1006

199 Crossways Park Drive
Woodbury, NY 11797-9004

August 21, 2014

LDUNN1 C531134

DANIEL LEO JR
96 LARKWOOD RD
BUFFALO NY 14224

Re: Original Creditor: Ge Capital Retail Bank - Wci H
Creditor: CYPRESS FINANCIAL RECOVERIES, LLC
Account No: Account: XXXX-XXXX-XXXX-6970
C&S File No: C531134
Balance Due As Of August 21, 2014: $4,139.35

Dear DANIEL LEO JR:

Please be advised that the above referenced creditor has referred this account to our law office for collection.

**VALIDATION NOTICE**

Unless you dispute the validity of this debt or any portion thereof within 30 days after receipt of this notice, the above debt will be assumed to be valid by this office. Should you notify this office in writing within 30 days after receipt of this notice that the debt or any portion thereof is disputed, we will obtain and mail to you verification of the debt or a copy of the judgment, if any, and if also requested, the name and address of the original creditor, if different from the current creditor.

Please contact us to discuss the repayment options available to you.

Cohen and Slamowitz, LLP

P.S. All payments should be forwarded directly to this office and made payable to CYPRESS FINANCIAL RECOVERIES, LLC. Our office also accepts Western Union, Money Gram, Money Orders, bank debit cards, MasterCard, Visa and checks via telephone, or visit our website at WWW.CSLAWLLP.COM to make payments online.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


