**EXHIBIT O**

Sam v Cohen & Slamowitz, LLP, et. al., 1:2014-cv-00611;

Yager v Selip & Stylianou, LLP, et. al., 6:2015-cv-06001;

Sam v Cohen & Slamowitz, LLP, et. al., 2:2015-cv-02780

Millet v Selip & Stylianou, LLP, et. al., 1:2015-cv-00773

Sadler v Selip & Stylianou, LLP, et. al., 6:2015-cv-06518

Ritter v Cohen & Slamowitz, LLP, et. al., 2:2014-cv-05736

Atwood v Cohen & Slamowitz, LLP, et. al., 2:14-cv-02973

Delillo v Selip & Stylianou, LLP, et. al., 64691/2015 (New York State Supreme)